UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CASEY R. PERRY,

    Plaintiff,

  v.

JOHN SCOTT,

    Defendant.

Case No. C08-5729 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM

The Magistrate Judge recommends that this civil rights action be dismissed for failure to state a claim. Plaintiff has failed to avail himself of the opportunity to file an amended complaint or show cause explaining why this matter should not be dismissed. Nor has Plaintiff filed any objection to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 27th day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1