# United States District Court

WESTERN DISTRICT OF WASHINGTON

CASEY R. PERRY

v.

JOHN SCOTT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5729FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike to 28 U.S.C. § 1915(g)**.

|  |  |
|---|---|
| March 2, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |